FILED'06 NOV 21 09:20USDC-ORP

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

**LINDA BOSWELL OLSON,**
   Plaintiff,

CV 06 - 00383 - JE

v.

ORDER

**JO ANNE B. BARNHART,
Commissioner of Social Security,**
   Defendant.

Based upon the stipulation of the parties, it is hereby **ORDERED** that attorney fees in the amount of $4002.50 and costs in the amount of $0.00, for a total of $4002.50, are awarded and to be paid directly to Plaintiff's Attorney, Robyn M. Rebers, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. There are no expenses to be paid herein.

**DATED this** 20th **day of November, 2006.**

_____
UNITED STATES DISTRICT JUDGE

presented by:
Robyn M. Rebers, OSB # 03430
Attorney for Plaintiff

Page -1-    ORDER                                      [CV 06-00383-JE]